# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

KEITH LITTLE :

(Enter above the full name of the plaintiff in this action)

v. :

OHIOHEALTH :

:

Case No.

2:25 CV 1292

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

JUDGE WATSON
MAGISTRATE JUDGE VASCURA

(Enter the above full name of the defendant or defendants in this action)

FILED
NOV -6 2025 10:5...
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## I. Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff KEITH LITTLE

Address 257 BARCELONA AVE, WESTERVILLE OH 43081

Telephone No. 614-403-9346

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant OHIOHEALTH
(As named in the attached charge)
Address 180 EAST BROAD STREET

COLUMBUS, OH 43215

-1-

C. Additional defendants (as named in the attached charge).

_____

_____

_____

_____

## II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was  08/12/2025  .

B. The date you received the notice of right to sue was  08/14/2025  .

C. ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

> (a) it shall be an unlawful employment practice for an employer --
>
> (1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

1. Starting in 2018 Ruth Holzapfel has continued to interfere with my duties in the lab at OhioHealth by leaving me work that is supposed to finished by her; thus, excerbating my service connected anxiety.

2. Ruth Holzapfel harrassed me by mocking me while in the course of performing my lab duties(11/4/23)

3. Although I am disabled, in 2022 I was forced to work alone 100% of the time for approx. 5+ months

4. Starting in 2018 (acting in bad faith) OhioHealth knowingly made false statements to the BWC.

5. I was continually harassed by Abbey Morante and Shawna Ule for pointing out lab deficiencies

6. Without my knowledge a Corrective Action was placed in my file by Abbey Morante as retaliation.

7. Christina Van Hoose was given preferential treatment by management because of her race/gender

8. My job performance, mental, and physical health was affected by a hostile/toxic work environment.

9. Due to my race and gender I was given disparate treatment and gaslighting by Abbey Morante.

10. I was forced to do double work even though my disability was known and still under treatment.

11. Ruth Holzapfel denied me access to the accommodation seating provided to me by HR.

12. Comments made by Shauna Ulle against me were false and made to infantilized/humiliate me on a.

corrective action;further affecting my job performance, and causing me physical and mental duress

13. I reported daily surveillance by my coworker Christina Van Hoose and I felt intimidated.

## IV. Relief

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

Enter judgment in his favor against Defendant OhioHealth

Award compensatory damages for lost wages, benefits, and emotional distress;

Award punitive damages for willful and malicious conduct;

Award the Plaintiff $1,000,000 in compensatory damages for emotional distress, physical suffering,

loss of income, and reputational harm. Grant any other relief the Court deems just and proper.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/6/2025
(Date)

(Signature of Plaintiff)