United States District Court
Southern District of Ohio

### Related Case Memorandum
### Civil Cases

TO: Judge Sargus, Judge Watson, and Magistrate Judge Vascura

FROM: Bailey Williams, Case Administrator

DATE: November 10, 2025

SUBJECT: Case Caption: Keith Little v. OhioHealth

CASE: Case Number: Doc. 2:25-cv-01292

DISTRICT JUDGE: Judge Watson/Magistrate Judge Vascura

File Date: 11/6/2025

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Keith Little v. OhioHealth**

Case Number: **Doc. 2:24-cv-03196**    District Judge: **Sargus**

File Date: **6/11/2024**    Magistrate Judge: **Vascura**

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Bailey Williams** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Sargus

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_Michael H. Watson_
United States District Judge

s/Edmund A. Sargus, Jr.
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012